**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ALEH SYTY,<br><br>*Petitioner*,<br><br>v.<br><br>JOHN  TSOUKARIS, *et al.*<br><br>*Respondents.* | No. 2:26-cv-3680 (SDW)<br><br>**ORDER   ADMITTING   LYNNE A. JAWORSKI   *PRO HAC VICE*** |

**THIS  MATTER** having been opened to the Court by attorney Carolyn M. Corrado, who is seeking an Order allowing Lynne A. Jaworski to appear and to participate pro hac vice on behalf of Petitioner (ECF No. 2), and the Court having considered the Declaration of Lynne A. Jaworski in support thereof, and for good cause shown,

**IT IS** on this __13th_____ of _____April_____ 2026,

**ORDERED** that Lynne A. Jaworski be permitted to appear *pro hac vice* on behalf of Petitioner in the above-captioned matter pursuant to Local Rule 101.1(c) and the individual practices of this Court; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Carolyn M. Corrado, Esq., who shall be held responsible for said papers, and for the conduct of the case, and who shall be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Lynne A. Jaworski shall pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28-2(a), and 1:28B-1(e); and it is further

**ORDERED** that Lynne A. Jaworski will make a payment of $250.00 to the Clerk of the Court of the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Lynne A. Jaworski shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1 Discipline of Attorneys; and it is further

**ORDERED** that Lynne A. Jaworski is deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee, Rule 1:21-7, governing contingent fees, as amended; and it is further

**ORDERED** that, in accordance with L. Civ. R. 101.1(c)(1), Lynne A. Jaworski shall notify the Court promptly of any matter affecting their standing at the bar of any other court.

_____
Hon. Susan D. Wigenton