**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ALEH SYTY,** | **Civil Action No. 26-3680 (SDW)** |
| **Petitioner,** | |
| **v.** | **ORDER** |
| **JOHN TSOUKARIS, et al.,** | |
| **Respondents.** | |

This matter comes before this Court on Petitioner Aleh Syty's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) and motion for a temporary restraining order (ECF No. 3), Respondents' answer in opposition (ECF No. 8), and Petitioner's reply (ECF No. 9).  For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this ___4th___ day of _____May_____, 2026

**ORDERED** that the Petition at ECF No. 1 is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the motion for a temporary restraining order at ECF No. 3 is **DENIED**; and it is further

**ORDERED** that any restrictions imposed on Petitioner's location by this Court are **LIFTED**; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

_____
Hon. Susan D. Wigenton,
United States District Judge